Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUC THI NGUYEN,<br><br>Defendant. | No. CR11-131MJP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Duc Thi Nguyen.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice. The outstanding warrant shall be quashed.

DATED this 2nd day of September, 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:
*/s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

*Order of Dismissal -- 1*
*U.S. v. Duc Thi Nguyen; CR11-131MJP*